UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| FREDERICK SILVER,<br><br>                Plaintiff,<br>    v.<br><br>TEXAS OFFICE OF THE ATTORNEY GENERAL et al.,<br><br>                Defendant. | CASE NO. 3:25-cv-05712-DGE<br><br>ORDER ON PLAINTIFF'S MOTION FOR EXTENSION OF TIME (DKT. NO. 11) |

      This matter is before the Court on Plaintiff's motion for extension of time to file his amended complaint. (Dkt. No. 11.) Plaintiff's motion is GRANTED.

      Plaintiff, who is proceeding pro se and *in forma pauperis* ("IFP"), amended his complaint for the first time on August 26. (Dkt. No. 6.) He asserted causes of action for (1) violation of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681s-2(b); and (2) violation of his procedural due process rights under the Fourteenth Amendment and 42 U.S.C. § 1983. (*Id.* at 4.) This Court dismissed Plaintiff's entire complaint on September 8 but granted Plaintiff leave to amend his FCRA claim. (Dkt. No. 7.) On September 11, Plaintiff filed his second amended

complaint. (Dkt. No. 9.) Many of the same factual deficiencies from Plaintiff's first amended complaint were present. (*See id.* at 2, 6–7.) On October 6, the Court again dismissed Plaintiff's complaint but granted Plaintiff leave to amend one more time. (Dkt. No. 10 at 7–8.) The deadline for Plaintiff to file his third amended complaint is October 20. (*Id.* at 8.)

On October 19, Plaintiff filed a motion for extension of time. (Dkt. No. 11.) Plaintiff states that because he is proceeding pro se, he "requires additional time to research the factual and legal issues the Court identified—specifically to allege facts showing that a consumer reporting agency notified Defendant of a credit reporting dispute and Defendant failed to act as required under the Fair Credit Reporting Act." (*Id.* at 1.) Further, Plaintiff states he is "gathering supporting documentation" and wants to ensure his amended pleading complies with the Federal Rules. (*Id.* at 2.) Plaintiff requests a 30-day extension of his deadline to file an amended complaint. (*Id.*)

The Court GRANTS Plaintiff's motion for extension of time. (Dkt. No. 11.) Plaintiff is ORDERED to file his amended complaint no later than **November 19, 2025**. Failure to address the pleading deficiencies noted in the Court's previous orders will lead to dismissal without prejudice.

The Clerk is directed to calendar this event.

Dated this 20th day of October 2025.

David G. Estudillo
United States District Judge